THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services, Respondent,
v.
Nathaniel Glenn, Jr. and Child:  Onye Janathan Williams DOB: 07/19/02, Defendants,/Of whom Nathaniel Glenn is
Appellant.
 
 
 

Appeal From Greenville County
R. Kinard Johnson, Jr., Family Court Judge

Unpublished Opinion No. 2006-UP-239
Submitted May 1, 2006  Filed May 15, 2006   

AFFIRMED

 
 
 
Harvey Breece Breland, of Greenville, Nathaniel Glenn of Pelzer, for Appellant.
Harry LaDon Phillips, Jr., S.C. Dept. of Social Services, of Greenville, for Respondent.
 
 
 

PER CURIAM: Nathaniel Glenn, Jr. appeals the termination of his parental rights to his son.  The family court found the child had lived outside of Glenns home for a period of at least six months and during that time, Glenn had willfully failed to support or visit the child. S.C. Code Ann. § 20-7-1572 (3) & (4) (Supp. 2005).  The court also found the child had been in foster care for fifteen of the most recent twenty-two months. S.C. Code Ann. § 20-7-1572 (8) (Supp. 2005).  In addition, the family court held the best interests of the child was served by terminating Glenns parental rights.  After a thorough review of the record, pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm[1] the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.
HUFF, STILWELL, and BEATTY, JJ., concur.  

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.